RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE __4/9/09__
      6a

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

Date: 4/09/09

Reply To: JUDGE RICHARD T. HAIK

Subject: #07-1765 - Caludia S. Buller, v. American United Life Insurance Co.

To: All Counsel of Record

## MINUTE ENTRY

The Pre-Trial conference, in the above captioned matter, previously scheduled to commence on 07/14/09 is rescheduled to commence on 12/15/09 at 2:30 p.m.

The Trial, in the above captioned matter, previously scheduled to commence on 8/03/09 is rescheduled to commence on 1/19/10 at 9:30 a.m.

All deadlines are reset in accordance with the Scheduling Order which shall issue herein.

jds